NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HALA LEWIS HARBY,                )
                                 )
        Appellant,               )
                                 )
v.                               )    Case No. 2D19-802
                                 )
MOHAMED WANIS HARBY,             )
                                 )
        Appellee.                )
_____  )

Opinion filed September 25, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Pasco County; Linda H. Babb, Judge.

Mark F. Baseman of Felix, Felix &
Baseman, LLC, Tampa, for Appellant.

Heather A. Harwell of Law Office of
Heather A. Harwell, P.A., Wesley
Chapel, for Appellee.


PER CURIAM.

        Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.